THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | DEFENDANT'S SENTENCING FACTORS STATEMENT |
| v. | Cri. No. 14-CR-91-S |
| JOHN CIRULLI, | |
| Defendant. | |

_____

Defendant John Cirulli, by his attorneys, Personius Melber LLP, Rodney O. Personius, Esq., of counsel, does hereby adopt the factual statements, and the *Sentencing Guidelines* calculations and findings, set forth in the Pre-Sentence Investigation Report dated October 17, 2014.

A separate sentencing submission will timely be submitted on Mr. Cirulli's behalf.

Dated: Buffalo, New York
November 10, 2014.

/s/ **Rodney O. Personius**
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
 JOHN CIRULLI
2100 Main Place Tower
Buffalo, NY  14202
(716)  855-1050

TO: AUSA Trini E. Ross
    U.S. Attorney's Office
    Federal Centre

138 Delaware Ave.
Buffalo, NY 14202

USPO Lindsay Maza
U.S. Probation Office
2 Niagara Square
Buffalo, NY  14202

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2014, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to AUSA Trini E. Ross, and that a hard copy of this pleading was forwarded by First Class Mail to USPO Lindsay Maza.

<u>**/s/ Rodney O. Personius**</u>
Rodney O. Personius, Esq.
PERSONIUS MELBER LLP
*Attorneys for Defendant*
 JOHN CIRULLI
2100 Main Place Tower
Buffalo, NY  14202
(716)  855-1050