IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                                         1:14CR00091-001

v.

JOHN CIRULLI,

                Defendant.
_____


SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on December 1, 2014, and entered on December 9, 2014.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, February 20, 2015.

                                      WILLIAM J. HOCHUL, JR.
                                      United States Attorney


                    BY:    s/KEVIN D. ROBINSON
                           Assistant United States Attorney
                           United States Attorney's Office
                           Western District of New York
                           138 Delaware Avenue
                           Buffalo, New York 14202
                           (716) 843-5700, ext. 15804
                           Kevin.D.Robinson@usdoj.gov